IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS INTERNATIONAL AG<br><br>Plaintiffs and Counterclaim-Defendants<br><br>v.<br><br>MYLAN LABORATORIES INC. and MYLAN PHARMACEUTICALS INC.,<br><br>Defendants and Counterclaim-Plaintiffs | Civil Action No. 07-4918 (consolidated with Civil Action No. 07-5930) (GEB) |

## STIPULATION OF DISMISSAL *WITH PREJUDICE*

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendants hereby stipulate and agree that the above actions, including all claims, counterclaims and affirmative defenses, are dismissed *with prejudice*, and without costs, disbursements or attorneys fees to any party.

| | |
|---|---|
| \_\_\_\_s/ Sheila F. McShane_____<br>David E. De Lorenzi<br>Sheila F. McShane<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>(973) 596-4743<br><br>Dimitrios T. Drivas<br>Jeffrey J. Oelke<br>Leslie Morioka<br>Brendan Woodard<br>**WHITE & CASE LLP**<br>1155 Avenue of the Americas<br>New York, New York 10036<br>(212) 819-8200<br><br>Evan R. Chesler<br>David R. Marriott<br>David Greenwald<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000<br><br>*Attorneys for Plaintiffs & Counterclaim-Defendants Novartis Corporation, Novartis Pharmaceuticals Corporation and Novartis International AG* | \_\_s/ Tonia O. Klausner_____<br>Tonia O. Klausner<br>**WILSON SONSINI GOODRICH & ROSATI PC**<br>1301 Avenue of the Americas<br>40th Floor<br>New York, New York 10019<br>(212) 497-1106<br><br>Tung-On Kong<br>**WILSON SONSINI GOODRICH & ROSATI PC**<br>One Market Spear Tower<br>Suite 3300<br>San Francisco, California 94105<br>(415) 947-2000<br><br>*Attorneys for Defendants & Counterclaim-Plaintiffs Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc.* |

SO ORDERED this 27TH day of December, 2011.

_____
Hon. Garrett E. Brown, Jr., U.S.D.J.

0
104392-60828